No. 80–5105. SORRELLS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 80–5107. FLORES *v.* ONION ET AL., JUDGES. C. A. 5th Cir. Certiorari denied.

No. 80–5109. TARKOWSKI *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 80–5111. ARANDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5114. LOYD *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 80–5120. BOSTIC *v.* DURHAM COUNTY SUPERIOR COURT. C. A. 4th Cir. Certiorari denied.

No. 80–5121. MOORE *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 80–5124. SHAW *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–5125. ALDRIDGE ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Santa Clara. Certiorari denied.

No. 80–5126. FRANK *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 80–5129. DOWNING *v.* EASTON HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–5130. NELSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–5131. WILSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.